TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00662-CR







Parrin Hayes, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 9024009, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. James B. Matthews, is ordered to tender a brief in this cause no later than August 8,
2003. No further extension of time will be granted.

It is ordered July 28, 2003. 


Before Justices Kidd, Yeakel and Patterson

Do Not Publish